Mark R. Vermeulen [CSBN 115381]
Law Office of Mark R. Vermeulen
755 Florida Street #4
San Francisco, CA 94110.2044
Phone: 415.824.7533
Fax: 415.824.4833
vermeulen@mindspring.com

Attorney for Defendant
LEON WATSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>LEON WATSON,<br><br>        Defendant. | No. CR 15-0483 JSW<br><br>**STIPULATION AND [Proposed] ORDER UNSEALING THE CASE** |

The Court previously ordered that this case be filed under seal. The parties have met and conferred and they believe that at this point the case should be unsealed. The parties therefore stipulate that the Court may order the case unsealed.

IT IS SO STIPULATED.

Dated: February 29, 2016

_____
Jonas Lerman
Assistant United States Attorney
[Signed by counsel Vermeulen with approval from counsel Lerman.]

Dated: February 29, 2016

_____
Mark R. Vermeulen
Attorney for Defendant
LEON WATSON

-1-
STIPULATION AND [Proposed] ORDER UNSEALING THE CASE

Per the above stipulation, this case shall be unsealed.

IT IS SO ORDERED.

Dated: March 4, 2016

*[signature]*
JEFFREY S. WHITE
United States District Judge